United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| TERESA WATSON, ) | |
| ) | Case Number: 11-cv-0632-MJR |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KIM HAYWARD, ) | |
| EAST ST. LOUIS SCHOOL DIST. 189, ) | |
| and GENERAL SERVICE EMPLOYEES ) | |
| LOCAL 382, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### JUDGMENT IN A CIVIL ACTION

By Order dated April 12, 2012, Defendant Kim Haywood was DISMISSED with prejudice.

By Order dated February 8, 2013, granting Defendant General Service Employees Local 382's motion to dismiss for lack of subject-matter jurisdiction, Defendant General Service Employees Local 382 was dismissed with prejudice.

By Order dated January 31, 2014, granting remaining Defendant, East St. Louis School District 189's Motion for Summary Judgment, this case is dismissed with prejudice.

Dated: February 3, 2014

NANCY J. ROSENSTENGEL, Clerk
s/ Debbie DeRousse
Deputy Clerk

Approved: *M J Reagan*
Michael J. Reagan, U.S. District Judge