UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

FILED
FEB 25 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Teresa Watson,
Plaintiff(s),

vs.

East St. Louis School District 189, General Service Employees Local 382,
Defendant(s).

Case No. 11-CV-632-MJR-SCW

## NOTICE OF APPEAL

Notice is hereby given that Teresa Watson, appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 25th day of February, 2014.

Teresa Watson
Teresa Watson
Signature

**NOTE: IF YOU ARE NOT A PRISONER AND WERE PREVIOUSLY GRANTED LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS CASE, YOU DO NOT NEED TO SUBMIT A MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT IN SUPPORT. See Fed. R. App. 24(a).**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS



TERESA WATSON,
    Plaintiff

vs.

Case No. 11-cv-632-MJR-SCW

EAST ST. LOUIS SCHOOL DISTRICT 189,
GENERAL SERVICE EMPLOYEES LOCAL 382,
    Defendants.

## APPEAL ATTACHMENT

<u>No information has been provided to me regarding filing an appeal.</u> On the day that I filed my 20 page double spaced response to the defendant's motion for summary judgment I left a message asking the assistant of the judge to call me- my call was not returned- I was going to ask about attaching exhibits and of any other information that I needed to know- I had attempted to do this with the clerks.

My case was initially filed on 7-22-11 and as the 1-31-14 sudden and final order approached I was simply advised to respond to the motion which contained so very much to respond to and after I did then the rules became more specific– there was no booklet, examples, nor helpful preparation aids given to me. I had asked for a court appointed attorney 7 different times- the first person assigned to my case did not feel that he would be effective, he expressed never having a case like mine- the second person assigned to my case did not have a license to practice law in Illinois according to telephone representatives for IRDC- these points are in my filed court documents.

As mentioned in Exhibit 27, during a hearing regarding my unemployment benefits that I never received Princess Hayes indicated for the first time ever the reason for my wrongful termination by indicating that because of my not being willing to discuss my lifestyle which is heterosexual, monogamous, and biblically based in an unwarranted setting my employment was wrongfully terminated- she mentioned my behavior towards "Mary Davis and staff" as needing to be explained- with professionalism I had rejected the sexual advances of Mary Davis and the district's staff (officials, and agents) that sexually harassed me and I took the retaliation as I expressed in my filed court documents.

I humbly express that the court erred by not considering part 2 of Exhibit 115- I clearly confirmed Donna Cameron's 10-6-09 unwarranted hearing testimony that her more than disorderly conduct toward me only ended after I stopped working on an added assignment to try

to call for help- Exhibit 13 shares that some of her criminal activity was reduced to disorderly conduct. (As expressed in my filed court documents Donna Cameron waited alone for me to exit a building alone and invited me to lunch and I refused and her harassment escalated.) East St. Louis School District 189 failed to produce their audio recording of the Donna Cameron 10-6-09 unwarranted hearing- I have shared with attorneys, the judges, and in court documents that exhibits may become available and of the related inconveniences caused by the wrongful termination.

(In reference to Attorney Alan Pirtle indicating in a recent document that he only had one way to contact me- during a court hearing I was advised to provide him with other contact information that he already had. )

February 25, 2014
Date

P.O. Box 24293
Address

Belleville, IL 62223
City, State, Zip

*Teresa Watson*

Teresa Watson, Plaintiff